# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MELODY WILLIAMS,

      Petitioner,           :      Case No. 3:15-cv-254

-vs-

                              District Judge Thomas M. Rose

GOVERNOR JOHN KASICH, et al.,      Magistrate Judge Michael R. Merz

      Respondents.           :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that Petitioner's Motion for Reconsideration (ECF No. 16) is DENIED.  Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

October 27th  2015.                             *s/Thomas M. Rose

                                                   Thomas M. Rose
                                          United States  District Judge